CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDY J. OXENRIDER
**Full Name of Plaintiff          Inmate Number**

v.

LEBANON COUNTY DISTRICT ATTORNEY
**Name of Defendant 1**

ASSISTANT DISTRICT ATTORNEY LEBANON Co
COURTNEY MCMONAGLE
**Name of Defendant 2**

LEBANON COUNTY DISTRICT ATTORNEY
PIER HESS
**Name of Defendant 3**

TROOP L. JONESTOWN BARRACKS
PENNSYLVANIA STATE POLICE
**Name of Defendant 4**

JACOB KELLIHER   TROOPER
**Name of Defendant 5**

(Print the names of all defendants.  If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section). SEE NEXT PAGE FOR ADDITIONAL
DEFENDANTS

*(left margin, vertical)* DEFENDANTS PART (A)
SEE ALSO EXHIBIT (A)

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**Civil No.** 1:22-Cv-1557

(to be filled in by the Clerk's Office)
Judge Schwab

(X) Demand for Jury Trial
( ) No Jury Trial Demand

FILED
HARRISBURG, PA

OCT 05 2022

PER ___IBn___
DEPUTY CLERK

**I.      NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.   SEE EXHIBIT A.1 COMPLAINT

X      Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
       (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
       United States

**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANDY J. OXENRIDER

Full Name of Plaintiff        Inmate Number

:
:
:
:                 Civil No. _____
:                 (to be filled in by the Clerk's Office)
:

v.

TROOPER SH.MCO

Name of Defendant 1

:                 (✗) Demand for Jury Trial
:                 (___) No Jury Trial Demand

JOHN DOE   STATE POLICE

Name of Defendant 2

COMFORT INN HOTEL

Name of Defendant 3

JACKELINE GARCIA

Name of Defendant 4

_____

Name of Defendant 5

(Print the names of all defendants.  If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

*DEFENDANTS PART (B)*

**I.    NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

✗    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
(1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

## II.  ADDRESSES AND INFORMATION

### A.  PLAINTIFF

OXENRIDER   ANDY   J.

Name (Last, First, MI)

Inmate Number

LEBANON COUNTY CORRECTIONAL FACILITY

Place of Confinement

730 E. WALNUT STREET

Address

LEBANON  PA. 17042

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

X   Pretrial detainee

___   Civilly committed detainee

___   Immigration detainee

X   Convicted and sentenced state prisoner

___   Convicted and sentenced federal prisoner

### B.  DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.  If incorrect information is provided, it could result in the delay or prevention of service of the complaint. SEE EXHIBIT (A) PARAGRAPHS 4-18

Defendant 1:

DISTRICT ATTORNEY LEBANON COUNTY MUNICIPALITY

Name (Last, First)

LEBANON COUNTY MUNICIPAL DISTRICT ATTORNEYS OFFICE

Current Job Title

400 SOUTH 8TH STREET  ROOM 11  ADMIN. ROOM 311

Current Work Address

LEBANON  PA. 17042

City, County, State, Zip Code

Defendant 2:

MC MONAGLE  |  COURTNEY  E.

Name (Last, First)

ASSISTANT DISTRICT ATTORNEY LEBANON COUNTY

Current Job Title

400 SOUTH 8TH STREET MUNICIPAL BLDG ROOM 11

Current Work Address

LEBANON  PA. 17042

City, County, State, Zip Code


Defendant 3:

HESS  PIER

Name (Last, First)

DISTRICT ATTORNEY LEBANON COUNTY

Current Job Title

400 SOUTH 8TH STREET  ROOM 11 MUNICIPAL BLDG.

Current Work Address

LEBANON, LEBANON PA. 17042

City, County, State, Zip Code


Defendant 4:

PENNSYLVANIA STATE POLICE TROOP L, JONESTOWN

Name (Last, First)

STATE POLICE  TROOP L. JONESTOWN

Current Job Title

3185 PA-72

Current Work Address

JONESTOWN PA. 17038

City, County, State, Zip Code


Defendant 5:

KELLIHER  JACOB

Name (Last, First)

TROOPER PENNSYLVANIA STATE POLICE JONESTOWN

Current Job Title

3185 PA-72

Current Work Address

JONESTOWN PA. 17038

City, County, State, Zip Code

Defendant #:

*SHIMCO  TROOPER*

Name (Last, First)

*STATE POLICE TROOPER*

Current Job Title

*3185  PA-72*

Current Work Address

*JONESTOWN  PA.  17038*

City, County, State, Zip Code


Defendant #:

*DOE  JOHN*

Name (Last, First)

*PENNSYLVANIA STATE POLICE SERGEANT/COMMISIONER*

Current Job Title

*3185  PA-72*

Current Work Address

*JONESTOWN  PA.  17038*

City, County, State, Zip Code


Defendant #:

*COMFORT INN HOTEL*

Name (Last, First)

*PRIVATE CORPARATE HOTEL*

Current Job Title

*16 MARSANNA LANE*

Current Work Address

*UNION TOWNSHIP LEBANON COUNTY PA. 17038*

City, County, State, Zip Code


Defendant #:

*GARCIA JACKELINE*

Name (Last, First)

*HOTEL STAFF MEMBER COMFORT INN HOTEL*

Current Job Title

*16 MARSANNA LANE*

Current Work Address

*UNION TOWNSHIP LEBANON COUNTY PA. 17038*

City, County, State, Zip Code

III.   **STATEMENT OF FACTS** *SEE ALSO EXHIBIT (A)*

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional
pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

ON OR ABOUT JUNE 22, 2020 THE PLAINTIFF WAS ARRESTED BY REPRESENTATIVES
OF THE DEFENDANT STATE POLICE IN LEBANON COUNTY PENNSYLVANIA AND CHARGED
WITH POSSESSION OF CONTROLLED SUBSTANCE . PLAINTIFF WAS PLACED IN
THE LEBANON COUNTY PRISON AND SPENT APROX. 223 DAYS INCARCERATION
SEE EXHIBIT A PARAGRAPHS 19 THROUGH 47

B.   On what date did the events giving rise to your claim(s) occur?

ON MAY 26, 2022 DEFENDANT COUNTY DISTRICT ATTORNEYS PROSECUTED PLAINTIFF
ON SAID CHARGES... FOLLOWING A JURY TRIAL, PLAINTIFF OXENRIDER WAS ACQUITTED
OF ALL CHARGES BY JURY IN THE COMMON PLEASE COURT LEBANON COUNTY PA.
(SEE EXHIBIT C) 19 - 47

C.   What are the facts underlying your claim(s)? (For example:  What happened to you?
Who did what?)

THE LEBANON COUNTY DISTRICT ATTORNEY'S OFFICE OPERATES UNDER
SUPERVISION AND CONTROL OF LEBANON COUNTY. THE DEFENDANTS PIER HESS AND
COURTNEY MCMONAGLE, WERE DISTRICT ATTORNEY'S PROSECUTORS AND
INVESTIGATORS IN THE LEBANON COUNTY DISTRICT ATTORNEYS DEPARTMENT
THE PENNSYLVANIA STATE POLICE DEPARTMENT TROOP JONESTOWN BARRACKS
OPERATE UNDER THE SUPERVISION AND CONTROLL OF THE STATE OF PENNSYLVANIA.
THE DEFENDANTS JACOB KELLIHER, TROOPER SHIMCO AND JOHN DOE WHERE
POLICE OFFICERS TROOPERS AND SERGEANT/COMISSIONERS AND INVESTIGATORS
IN THE PENNSYLVANIA STATE POLICE DEPARTMENT, COMFORT IN HOTEL
AND JACKELINE GARCIA WHERE EMPLOYEE/EMPLOYER STAFF PERSONEL OF
THE COMFORT IN HOTEL ACTING AS AGENTS OF THE STATE/COUNTY. THERE
ACTIONS ARE AND WERE AT ALL TIMES MATERIAL THE ACTIONS OF BOTH
LEBANON COUNTY AND STATE OF PENNSYLVANIA, LEBANON COUNTY DISTRICT
ATTORNEY DEPARTMENT AND PENNSYLVANIA STATE POLICE DEPARTMENT
AND REFLECTED THE POLICY AND PROCKEDURES OF THESE DEFENDANTS
DEFENDANT COUNTY AND STATE ARE ALSO BEING SUED AS PERSONS
~~ENTITY~~ AS A PERSON UNDER 42 U.S.C 1983,

*PLEASE ALSO TO EXHIBIT (A)*

## IV.   LEGAL CLAIM(S) (A)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

THE DEFENDANTS CONSPIRED TOGETHER TO VIOLATE THE DUE PROCESS AND OTHER CIVIL RIGHTS OF THE PLAINTIFF AND TO CHARGE HIM WITH A CRIME HE DID NOT COMMIT AND WHICH THE DEFENDANTS SHOULD HAVE RECOGNIZED HE DID NOT COMMIT,

~~FROM THE DATE OF THE BEGINNING OF THE INVESTIGATION~~

THE INVESTIGATION CONDUCTED BY THE DEFENDANTS AND THEIR ACTIONS TAKEN THEREON WERE TAKEN IN BAD FAITH OR, IN THE ALTERNATIVE NEGLIGENTLY, AND THE PLAINTIFF WAS DAMAGED BY REASON THERE OF IN AT LEAST THE FOLLOWING RESPECTS; (A) LOSS OF PERSONAL FREEDOM, (B) PAYMENTS NECESSARY FOR BOND AND EXPENSES OF DEFENCE INCLUDING ATTORNEYS FEES; (C) PAIN AND SUFFERING BOTH PHYSICAL AND EMOTIONAL; AND (D) LOSS OF REPUTATION IN THE COMMUNITY SEE ATTACHED IV LEGAL CLAIMS (B) AND EXHIBIT (A) PARAGRAPHS

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

SEE ABOVE LEGAL CLAMES (A) IV - (A),(B),(C),(D) AND EXHIBIT (A) PARAGRAPHS 19-47·47-50

## VI.   RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

SEE NEXT PAGE V I RELIEF AND EXHIBIT (A) 47-50
PG 21-22

_(left margin, rotated)_ SEE ALSO EXHIBIT "(A)"

## IV. LEGAL CLAIM(S) (B)   SEE ALSO EXIBIT A PARAGRAPHS 1-50

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

THE WRONFULL ACTS OF THE DEFENDANTS COMPLAINED OF HEREIN
WERE UNDERTAKEN MALICIOUSLY AND INCLUDE, WITHOUT LIMITATION
THE FOLLOWING:

(A) INTENTIONALLY CAUSING THE ARREST OF THE PLAINTIFF WHEN THE
DEFENDANTS KNEW OR SHOULD HAVE KNOWN THERE WERE NO GROUNDS
NOR PROBABLE CAUSE FOR HIS ARREST... (B) THE FAILURE OF THE DEFENDANTS
TO INTERVIEW WITNESSES WHO SUBSTANTIATED THE PLAINTIFFS ACCOUNT
OF HIS ACTIVITIES... (C) THE FAILURE OF THE DEFENDANTS TO TAKE INTO
ACCOUNT FACTS WHICH THEY KNEW CLEARED THE PLAINTIFF... (D) THE
INTENT OF THE DEFENDANTS FROM THE BEGINING OF THEIR INVESTIGATION
TO CHARGE THE DEFENDANT WITH A CRIM; ...(E) THE FAILURE OF THE DEFENDANTS
LEBANON COUNTY, AND DISTRICT ATTORNEYS OFFICE AND DEFENDANT PENNSYLVANIA AND
STATE POLICE DEMARTMENT TO PROPERLY TRAIN THE OFFICERS IN THEIR DEPARTMENTS
IN INVESTIGATIVE TECHNIQUES AND PROCEDURES; ...(F) PREPARATION OF
GROUNDLESS CHARGES, REPORTS AND AFFIDAVIAS IN ORDER TO OBTAIN
9.    AN ARREST WARRENT AGAINST PLAINTIFF; ...(G) THE PROCUREMENT
OF GROUNDLESS CHARGES AGAINST THE PLAINTIFF BASED UPON ~~FALSE, INCOMPLETE~~
~~Describe with specificity what injury, harm, or damages you suffered because of the events described above.~~

INCOMPLETE, UNSUPPORTED EVIDENCE WHICH THE DEFENDANTS KNEW OR
SHOULD HAVE KNOWN WAS FALSE, DISTORTED OR FABRICATED ....
IF IN THE EVENT THAT THE PLAINTIFF, PRO-SE HAS BEEN COMPELLED TO EMPLOY
ATTORNEYS TO REPRESENT HIM IN THIS MATTER, HE IS ENTITLED TO RECOVER A
## VI. RELIEF  REASONABLE ATTORNEYS FEE FOR THE SERVICES OF HIS ATTORNEYS

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

WHEREFORE, THE PLAINTIFF PRAYS THAT THE COURT GRANT HIM ALL
COMPENSATORY DAMAGES TO WHICH HE IS ENTITLED, AWARD HIM
COSTS OF THE SUIT HEREIN AS WELL AS REASONABLE ATTORNEYS FEES
AND THE PLAINTIFF FURTHER PRAYS FOR SUCH OTHER AND FURTHER
RELIEF AGAINST THE DEFENDANTS AS MAY BE JUST AND PROPER.

(B)

SEE ALSO EXIBIT "A"

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff    *ANDY J. OXENRIDER*

*10/3/22*

Date

U.S. SUPREM COURT OF PA. MIDDLE DIST.

CLERK OF COURT

228 WALNUT STREET

P.O. BOX 983

HARRISBURG PA. 17108                    DATE: 10/3/22


RE: 1983 CIVIL COMPLAINT


TO THE CLERK OF COURT:

    PLEASE FIND ENCLOSED THE ABOVE MENTIONED

1 YELLOW MANILLA ENVELOPE CONTAINTING AN ORIGINAL

AND 1 UNBOUND COPY WITH INFORMA PAUPERIS AND

MOTION FOR COUNSEL 1 ORIGINAL & 1 COPY FOR THE JUDGE.

    IN THE OTHER MANILLA ENVELOPE 3 COPIES

UNBOUNT FOR THE ATTORNEY GENERAL IF HE MUST

BE SERVED.   AND

    (9) UNBOUND COPIES ONE FOR EACH DEFENDANT

TO BE SERVED BY THE MARSHALS

    I'M HOPING THIS IS PROPER PLEASE INFORM ME IF

IT IS NOT, AS FAR AS COPIES FOR ENTRY AND SERVICE.

    THANK YOU FOR YOUR TIME, HELP, AND KINDEST

CONSIDERATION   I REMAIN

                    VERY RESPECTFULLY,
                    S

                    (P) ANDY OXENRIDER
                    730 E. WALNUT STREET
                    LEBANON PA. 17042

FR:

ANDY OXENRIDER
730 E. WALNUT STREET
LEBANON PA. 17042

RECEIVED
HARRISBURG, PA

OCT 05 2022

PER_____
DEPUTY CLERK

SAMS X-RAY

**FIRST CLASS MAIL**

PRIVILEGED
LEGAL MAIL

TO:
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
P.O. Box 983
HARRISBURG, PA. 17108