# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDY J. OXENRIDER, | : | CIVIL NO. 1:22-CV-01557 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA STATE POLICE L JONESTOWN, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
July 7, 2023

For the reasons set forth in the Order of April 25, 2023, denying Oxenrider's first motion for the appointment of counsel, and referenced in the Order of May 31, 2023, denying Oxenrider's second motion for the appointment of counsel, **IT IS ORDERED** that Oxenrider's third motion (*doc. 24*) for the appointment of counsel is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge